**Order entered November 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00248-CV

**CONNIE MARIE MACINNES, Appellant**

**V.**

**DEBORAH BUTTS, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC1203784I**

## ORDER

We **GRANT** appellant's November 18, 2014 motion for an extension of time to file a response to appellees' November 13, 2014 motion to dismiss the appeal. Appellant shall file her response by **DECEMBER 8, 2014**. No further extension of time will be granted.

/s/    ELIZABETH LANG-MIERS
          JUSTICE